IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TLC OPERATIONS LLC, | ) | Case No. 26-00760 |
| | ) | |
| | ) | Hon. Timothy A. Barnes |

**SECTION 1188(c) STATUS CONFERENCE REPORT**

**TO THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, THE SUBCHAPTER V TRUSTEE, ALL PARTIES IN INTEREST, AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that TLC Operations LLC, the Debtor and Debtor in Possession in this case, is proceeding under Subchapter V of Chapter 11 of Title 11 of the United States Code. The Debtor is filing this Status Report pursuant to 11 U.S.C. §1188(c).

**1. The Plan:**

1.1 The Debtor intends to pursue a consensual plan. The Debtor's rationale for pursuing a consensual plan is that the plan shall (a) restructure mortgage debt and repay secured creditors, in full; (b) priority creditors, in full; and, (c) general unsecured creditors shall receive a pro rata dividend, in an amount exceeding the liquidation value of the Debtor's estate, through periodic payments over a term. The Debtor's plan of reorganization is dependent upon leasing vacant residential units to increase rental income sufficient to pay the restructured mortgage debt under its plan.

1.2 The Debtor expects to file its plan within the deadline of 90 days from the petition date imposed by § 1189(b).

1.3 Please summarize the basic nature of the plan:

a. Toorak Capital Partners LLC ("Toorak") holds a first priority mortgage lien interest in and to six (6) residential real properties including the following: *i*) 8531 South Loomis Boulevard, Chicago, Illinois; *ii*) 6807 South May Street, Chicago, Illinois; *iii*) 5648 South Winchester Avenue, Chicago, Illinois; *iv*) 4837 South Forrestville Avenue, Unit 3, P1 and P2, Chicago, Illinois; *v*) 11333 South Longwood Drive, Chicago, Illinois; *vi*) 10904 South Emerald Avenue, Chicago, Illinois. The Debtor intends to seek the sale of 6807 South May Street and pay net proceeds of sale to Toorak and restructure repayment of its remaining balance over a term of years consistent with the termination date of its existing note.

b. US Bank holds a first priority mortgage lien interest in and to 35 West 81st Street, Chicago, Illinois (the "81st Street Property"). There are a number of units at the 81st Street Property that must be leased and which are expected to generate sufficient rental income to restructure repayment of mortgage debt.

c. The Debtor owns two (2) other properties *i*) 7935 South Burnham Street, Chicago,

Illinois (the "Burnham Street Property") ; *ii*) 5041 South Calumet Avenue, Chicago, Illinois (the "Calumet Property"). The mortgage payments relating to the Burnham Street Property are believed to be current and will be paid as it becomes contractually due. The mortgage relating to the Calumet property will be restructured.

d. General Non-Priority Unsecured Creditors will be paid a pro rata dividend of their allowed claims through periodic payments over a term.

**2.     Efforts Toward Consensual Plan:**

2.1     The Debtor has initiated discussions with two (2) creditors asserting secured claims against the assets of the Debtor and their attorneys regarding treatment of their claims.

2.2     Debtor will continue to work with all of its creditors to resolve concerns and come to acceptable plan terms to work towards a consensual plan.

**3.     Other Code Compliance:**

3.1     The Debtor attended the initial debtor interview, the §341(a) meeting of creditors, and complied with all provisions set forth in §1116(1) and (2).

3.2     The Debtor filed all schedules and statements of financial affairs in compliance with §1116(3).

3.3     The Debtor maintains insurance customary and appropriate to the industry, subject to §363(c)(2), in compliance with § 1116(5).

3.4     The Debtor has paid all post-petition taxes entitled to administrative expense priority in compliance with § 1116(6).

3.5     The Debtor provided books, records and other documentation to the United States Trustee in compliance with § 1116(7).

TLC Operations LLC

By:     /s/ Gregory K. Stern
          Gregory K. Stern, Attorney

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #2267012)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558